# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2860

The Estate of Donald Nash, Theresa Nash as personal representative and Theresa Nash

Appellees

v.

Henry James Folsom, et al.

Appellants

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cv-00495-JCH)

---

**ORDER**

The motion to substitute is granted. The Estate of Donald R. Nash, Theresa Nash as personal representative is hereby substituted Donald R. Nash as appellee in this case.

April 07, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Michael E. Gans