# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2860

The Estate of Donald Nash, Theresa Nash as personal representative and Theresa Nash

Appellees

v.

Henry James Folsom, et al.

Appellants

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cv-00495-JCH)

---

## MANDATE

In accordance with the opinion and judgment of February 9, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 01, 2024

Clerk, U.S. Court of Appeals, Eighth Circuit