**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ESTATE OF DONALD NASH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 4:21-cv-00495-SEP |
| ) | |
| HENRY JAMES FOLSOM, et al., ) | |
| ) | |
| Defendants. ) | |

### SHOW CAUSE ORDER

Plaintiffs are ordered to show cause, no later than Sunday, February 22, 2026 at 1:00 p.m., why:

(1) Counts I (Unlawful Arrest and Detention), X (Abuse of Process), XI (Intentional Infliction of Emotional Distress), XII (Negligent Infliction of Emotional Distress), and XIV (Loss of Consortium) are not time barred as suggested in Defendants' Joint Trial Brief, Doc. [150]. *See Wallace v. Kato*, 549 U.S. 384 (2007); *Jones v. Slay*, 61 F.Supp.3d 806 (E.D. Mo. 2014); and

(2) The doctrine of intracorporate conspiracy does not apply to Count VI (Civil Rights Conspiracy Claim under 42 U.S.C. § 1985), or alternatively, why Defendants are not entitled to qualified immunity for Count VI because the uncertain applicability of the doctrine to § 1985 civil conspiracy claims in 2008 would have prevented a reasonable officer from knowing whether they were exposed to liability for such conspiracy claims.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' response to this Show Cause Order is due no later than **Sunday, February 22, 2026 at 1:00 p.m**.

Dated this 20th day of February, 2026.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE