UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE ESTATE OF DONALD R. NASH, et al., | ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) ) No. 4:21-CV-00495-SEP |
| HENRY JAMES FOLSOM, et al., | ) ) ) |
| Defendant(s). | ) ) |

## JUDGMENT IN A CIVIL CASE

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case.

☐ **Decision by Verdict.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that .


March 6, 2026                             *Nathan M. Graves            /*
Date                                       Clerk of Court

                                       By:   /s/ Katie Kratzer            /
                                             KATIE KRATZER
                                             Deputy Clerk