**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| ESTATE OF DONALD NASH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:21-cv-00495-SEP |
| | ) | |
| HENRY JAMES FOLSOM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS**

Plaintiffs, by their attorneys, pursuant to Federal Rule of Civil Procedure 54, Local Rules 8.02 and 8.03, 42 U.S.C. § 1988, and 28 U.S.C. § 1920, hereby respectfully move for an award of attorneys' fees of $2,681,187.50 and costs of $65,767.85 in this matter, stating in support as follows:

1.      On April 28, 2021, Plaintiffs filed this lawsuit in the U.S. District Court for Eastern District of Missouri against four current and former employees of the Missouri State Highway Patrol, alleging that he had been framed for a murder he did not commit. ECF No. 1.

2.      After surviving a motion dismiss, extensive discovery, a motion for summary judgment, and an interlocutory appeal, ECF Nos. 31, 32, 73, 93, Plaintiffs' claims were tried to a jury, which, on March 6, 2026, returned a verdict in Plaintiffs' favor on multiple claims in the amount of $32,800,000.00, ECF No. 217. The jury found in favor of Plaintiff Donald Nash (or his estate) with respect to two claims under 42 U.S.C. § 1983, for unlawful arrest and detention ($75,000) and for failure to investigate ($2.8 million).  The Court entered judgment in favor of Plaintiffs and against Defendants on the jury's verdict the same day. ECF No. 218

1

3.      The deadline for Plaintiffs to file a motion for attorneys' fees and costs under Local Rules 8.02 and 8.03 is today, March 27, 2026.

4.      Plaintiffs achieved a truly historic result in this case, winning a jury verdict on multiple claims and a multimillion-dollar damages for the violations of Mr. Nash's civil rights resulting in his decades-long wrongful conviction. This is one of the largest civil-rights verdicts in the history of this District. To our knowledge, it is the first successful wrongful conviction case under § 1983 in this District.  Plaintiffs are unquestionably prevailing parties within the meaning of 42 U.S.C. § 1988. Accordingly, they are entitled to an award of attorneys' fees and costs reasonably expended in the prosecution of their lawsuit.

5.      As set forth in the accompanying memorandum, Plaintiffs' attorney's fees of $2,681,187.50 and costs of $65,767.85 are reasonable, especially in light of the difficulty and complexity of the case; the significant efforts involved; the risk counsel took on in taking the case on a contingency basis; counsel's experience, skill, and reputation; and—most critically—the extraordinary results obtained.

WHEREFORE, pursuant to Federal Rules of Civil Procedure 54, Local Rules 8.02 and 8.03, 42 U.S.C. § 1988, and 28 U.S.C. § 1920, Plaintiffs respectfully request that the Court enter an attorney's fee award of $2,681,187.50 and costs of $65,767.85.

Dated: March 27, 2026             Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

/s/ Isabel Guariglia
Charles A. Weiss, MO #20299
caweiss@bclplaw.com
Stephen R. Snodgrass, MO #29017
srsnodgrass@bclplaw.com
Jonathan Potts, MO #64091
jonathan.potts@bclplaw.com
Isabel Guariglia, MO #75586
Isabel.guariglia@bclplaw.com
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO  63102-2750
Telephone:  (314) 259-2000
Facsimile:  (314) 552-8215

*ATTORNEYS FOR PLAINTIFFS*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 27, 2026, the foregoing was filed using the

Court's CM/ECF system, which will serve notice upon all counsel of record.


/s/ Isabel Guariglia