UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THE ESTATE OF DONALD R. NASH, et al., | ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) ) | No. 4:21-CV-00495-SEP |
| HENRY JAMES FOLSOM, et al., | ) ) ) | |
| Defendant(s). | ) ) | |

## AMENDED JUDGMENT IN A CIVIL CASE

☒ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.**  This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case.

☐ **Decision by Verdict.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that:

**Pursuant to the jury verdict on Count I (Unlawful Arrest and Detention)**:

   **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Defendant Henry James Folsom in favor of Plaintiff Donald Nash.

   **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Plaintiff Donald Nash in favor of Defendants Scott Mertens and Dorothy Taylor.

**Pursuant to the jury verdict on Count II (Fabrication of Evidence):**

   **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Plaintiff Donald Nash in favor of Defendants Henry James Folsom, Scott Mertens, Dorothy Taylor, and Ruth Montgomery.

**Pursuant to the jury verdict on Count III (Failure to Investigate):**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Defendant Henry James Folsom in favor of Plaintiff Donald Nash.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Plaintiff Donald Nash in favor of Defendants Scott Mertens and Dorothy Taylor.

**Pursuant to the jury verdict on Count IV (Withholding Exculpatory Evidence):**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Plaintiff Donald Nash in favor of Defendant Scott Mertens.

**Pursuant to the jury verdict on Count VI (Civil Conspiracy):**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Plaintiff Donald Nash in favor of Defendants Henry James Folsom, Scott Mertens, Dorothy Taylor, and Ruth Montgomery.

**Pursuant to the jury verdict on Count IX (Malicious Prosecution):**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Plaintiff Donald Nash in favor of Defendants Henry James Folsom, Scott Mertens, Dorothy Taylor, and Ruth Montgomery.

**Pursuant to the jury verdict on Count XIV[1] (Loss of Consortium):**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Defendant Henry James Folsom in favor of Plaintiff Theresa Nash.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Plaintiff Theresa Nash in favor of Defendants Scott Mertens, Dorothy Taylor, and Ruth Montgomery.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Donald Nash is awarded damages as follows:

| | |
|---|---|
| Count I—Unlawful Arrest and Detention: | **$75,000.00** |
| Count III—Failure to Investigate | **$2,800,000.00** |

---

[1] The judgment does not include the verdict or damages awarded on Plaintiff Donald Nash's claim for False Arrest (Count VIII) because that claim abated with Donald Nash's death by operation of MO. REV. STAT. § 537.030. At Plaintiffs' request, the Court submitted the False Arrest claim to the jury despite its abatement as a possible predicate for Plaintiff Theresa Nash's Loss of Consortium claim. *See* Docs. [220] at 99; [221] at 6-9; [234] at 59-60.

**IT IS FINALLY ORDERED, ADJUDGED, AND DECREED** that Plaintiff Theresa Nash is awarded damages as follows:

Count XIV—Loss of Consortium:                                    **$5,000,000.00**

March 6, 2026                                    *Nathan M. Graves                    /*
Dated *nunc pro tunc*                           Clerk of Court

                                    By:    /s/ Katie Kratzer            /
                                           KATIE KRATZER
                                           Deputy Clerk

.